**Order entered October 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00792-CV

### IN RE ROGER BARONE, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50207-2019**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/     CORY L. CARLYLE
         JUSTICE